# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Alessandro B. Micozzi & Kristi M. Micozzi**<br>Debtors | CASE NO.: 19-13556-mdc<br><br>HEARING DATE: May 5, 2020<br>TIME: 10:30 A.M.<br>LOCATION: COURTROOM #2 |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 ("Movant") has filed a Motion for relief from the automatic stay provisions of 11 U.S.C. § 362(a) with respect to real Mortgaged Premises located at 306 Harvard Avenue, Broomall, PA 19008.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before April 20, 2020, you or your attorney must do **all** of the following:

    (a)    file an answer explaining your position at:
           U.S. Bankruptcy Court
           Eastern District of Pennsylvania
           Robert N.C. Nix Sr. Federal Courthouse
           900 Market Street
           Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

{Y0602217; 1}

      (b)      mail a copy to the Movant's Attorney:
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
215-579-7700
(215)579-9248 (FAX)

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Judge Magdeline D. Coleman on May 5, 2020 at 10:30 A.M. Courtroom #2, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

      By:  /s/ Jill M. Fein
Jill M. Fein, Esq., Attorney ID 318491
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Telephone 267-759-2077
Facsimile 215-579-9248
Email: jfein@hillwallack.com

{Y0602217; 1}