**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : |
| Alessandro B Micozzi | : |
| Kristi M Micozzi | : |
| | : Case No.: 19-13556MDC |
| | : |
| Debtor(s) | : Chapter 13 |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2020, after a hearing which took place on May 5, 2020, it is hereby Ordered and Decreed that the Motion for Relief from the Automatic Stay filed by Wilmington Trust National Association ("Movant") on April 8, 2020 is Denied subject to the following:

It is Further Ordered that the following shall occur by or before May 19, 2020:

1. The Debtors shall pay Movant the sum of $6,000.00, thereby reducing the post-petition arrears due and owing by the Debtors from $18,967.82 to $12,967.82;

2. The Debtors shall file a Modified Plan capitalizing the $12,967.82 into the remaining months of the Chapter 13 Plan;

3. The Debtors shall file an Amended Schedule "I" and/or "J" to demonstrate affordability for the increase in their Chapter 13 Plan payments;

4. The Debtors shall become current with the Chapter 13 Trustee; and

5. The Debtors shall pay their monthly mortgage payment directly to the Movant commencing on June 1, 2020.

_____
CHIEF JUDGE MAGDELINE D COLEMAN