IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Alessandro B Micozzi | : | Chapter 13 |
| Kristi M Micozzi | : | |
| | : | Case No. 19-13556MDC |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Modify Plan filed at docket number 41

Dated: June 11, 2020            /s/ Brad J. Sadek, Esquire
                                Brad J. Sadek, Esquire
                                Sadek and Cooper
                                1315 Walnut Street, Suite 502
                                Philadelphia, PA 19107
                                215-545-0008