IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-13556(MDC) |
| ALESSANDRO B. MICOZZI and | : | CHAPTER 13 |
| KRISTI M. MICOZZI | : | |
|     Debtors | : | HEARING SCHEDULED FOR |
| | : | JULY 7, 2020 AT 10:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

**ORDER GRANTING ALLY FINANCIAL INC.
RELIEF FROM THE AUTOMATIC STAY
AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

On this  15th  day of _____July____, 2020, after notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2015 Chevrolet Malibu, VIN: 1G11C5SL8FF168709 (the "Vehicle"); is hereby terminated effective the date of this Order;

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).  Ally Financial Inc. may act immediately upon entry of this Order; and

FURTHER RESOLVED, that Ally Financial Inc. may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

                        FOR THE COURT:

                        *Magdeline D. Coleman*
                        _____
                        MAGDELINE D. COLEMAN
                        Chief U.S. Bankruptcy Judge

Copies mailed to:  See attached service list.

**SERVICE LIST**

Regina Cohen, Esquire
LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
(Via ECF Only)

William C. Miller, Esquire
Chapter 13 Trustee
P. O. Box 1229
Philadelphia, PA 19105
(Via ECF Only)

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)

Alessandro B. Micozzi
Kristi M. Micozzi
306 Harvard Avenue
Broomall, PA 19008